THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTWAN HOPE, Appellant. [19 NYS3d 724]—Order, Supreme Court, New York County (Cassandra Mullen, J.), entered on or about July 16, 2014, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). There were no mitigating factors that were not adequately taken into account by the guidelines, and the record does not establish any basis for a downward departure, particularly in light of the seriousness of the underlying crime and defendant's criminal history. Concur—Mazzarelli, J.P., Moskowitz, Richter and Manzanet-Daniels, JJ.